**FILED**
April 10, 2009
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,　)
　　　　　　　　　　　　　　)　Case No. 2:09-mj-103 EFB
　　　　　Plaintiff,　　　　)
v.　　　　　　　　　　　　　 )　ORDER FOR RELEASE
　　　　　　　　　　　　　　)　OF PERSON IN CUSTODY
Roy Rice,　　　　　　　　　 )
　　　　　　　　　　　　　　)
　　　　　Defendant.　　　　)

TO:　UNITED STATES MARSHAL:

This is to authorize and direct you to release __Roy Rice__ Case _2:09-mj-103 EFB_ from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

　　　___　Release on Personal Recognizance

　　　___　Bail Posted in the Sum of _____

　　　_X_　Unsecured bond in the amount of $50,000

　　　___　Appearance Bond with 10% Deposit

　　　___　Appearance Bond secured by Real Property

　　　___　Corporate Surety Bail Bond

　　　_X_　(Other) _Probation conditions/supervision;_

Issued at _Sacramento, CA_ on _4/10/09_ at __2:50 p.m.__

By _____
Kimberly J. Mueller,
United States Magistrate Judge