```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
MATTHEW C. BOCKMON, Bar #161566
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ROY RICE
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:09-cr-00209-MCE |
| Plaintiff, | |
| v. | WAIVER OF DEFENDANT'S PRESENCE |
| ROY RICE, | Judge: Morrison C. England, Jr. |
| Defendant. | |

Pursuant to Fed.R.Crim.P. 43, defendant, ROY RICE, hereby waives the right to be present in person in open court upon the hearing of any motion or other proceeding in this case, including, but not limited to, when the case is set for trial, when a continuance is ordered, and when any other action is taken by the Court before or after trial, except upon arraignment, initial appearance, trial confirmation hearing, entry of plea, and every stage of trial including verdict, impanelment of jury and imposition of sentence.

///
///
///
///

1    Defendant hereby requests the Court to proceed during every
2 absence of his which the Court may permit pursuant to this waiver and
3 agrees that his interests will be deemed represented at all times by
4 the presence of his attorney, the same as if the defendant were
5 personally present.  Defendant further agrees to be present in Court
6 ready for trial any day and hour the Court may fix in his absence.
7    The defendant further acknowledges that he has been informed of
8 his rights under Title 18 U.S.C. §§ 3161-3174 (The Speedy Trial Act)
9 and authorizes his attorney to set times and delays under that Act
10 without his personal presence.
11 Dated: October 26, 2010

12                                      */s/ Roy Rice*
                                        ROY RICE
13                                      (Original retained by attorney)

14    I concur in Mr. Rice's decision to waive his presence at future
15 proceedings.
16 Dated: October 26, 2010           Respectfully submitted,

17                                   DANIEL J. BRODERICK
                                     Federal Defender
18
                                      */s/ Matthew C. Bockmon*
19                                   MATTHEW C. BOCKMON
                                     Assistant Federal Defender
20                                   Attorney for Defendant, ROY RICE

21 **IT IS SO ORDERED.**

22
   Dated: October 28, 2010
23
24                                   _____
25                                   MORRISON C. ENGLAND, JR.
                                     UNITED STATES DISTRICT JUDGE
26
27
28

Waiver of Appearance/Rice                 2