```
BENJAMIN WAGNER
U.S. Attorney
MICHELLE RODRIGUEZ
Assistant U.S. Attorney
501 I Street, 10th Floor
Sacramento, California 95814
Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 2:09-cr-00209-MCE |
| Plaintiff, | ) | |
| v. | ) | MOTION TO PLACE MATTER |
| ROY L. RICE, | ) | ON 9/13/12 CALENDAR FOR |
| Defendant. | ) | CHANGE OF PLEA; ORDER |

The United States, by AUSA Michelle Rodriguez, and defendant Rice, joined by the defendant's attorney, AFD Matthew Bockmon, jointly move and stipulate that this matter be placed on this Court's September 13, 2012 9:00 am calendar. At the September 13, 2012 hearing, defendant Rice will enter guilty pleas pursuant to a written plea agreement. An advance copy of the plea agreement will be provided to this Court's clerk. The original plea agreement will be provided to the Court during the guilty plea colloquy.

```
Dated: 9/7/12                        BENJAMIN WAGNER
                                     United States Attorney
                                         /s/Michelle Rodriguez
                                  By:_____
                                     MICHELLE RODRIGUEZ
                                     Assistant U.S. Attorney
```

**Motion to Calendar COP on 9/13/12**                                              **1**

**ORDER**

HEREBY, pursuant to the motion and stipulation of the parties, IT IS ORDERED that the above referenced matter be placed on this Court's calendar on 9/13/2012 for change of plea.

Dated: September 12, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE